PROB 12A
(Rev. 5/2011)

# UNITED STATES DISTRICT COURT
## for
## MIDDLE DISTRICT OF TENNESSEE

### Report on Offender Under Supervision

Name of Offender: Thomas E. Cuff                     Case Number: 3:10-00122-01
Name of Sentencing Judicial Officer: The Honorable Anne C. Conway, United States District Judge, MD/FL
Jurisdiction transferred to the MD/TN and accepted by Your Honor on May 7, 2010.
Date of Original Sentence: November 6, 2006
Original Offense: Interstate Transportation of Stolen Property, in violation of 18 U.S.C § 2314.
Sentence: 24 months' custody, followed by 3 years supervised release
Type of Supervision: Supervised Release          Date Supervision Commenced: 12-26-2008
Assistant U.S. Attorney: Carlos A. Perez          Defense Attorney: John L. Woodard, III.

### RESTITUTION STATUS REPORT

**Defendant shall pay restitution totaling $246,461.42:**
Restitution shall be paid through the Clerk, U.S. District Court
in the amount of $100 per month.

☐ No Action Necessary at This Time
☐ Submit a Request for Warrant or Summons
☒ Other - Allow offender's supervision to terminate owing the balance of restitution.

Considered this 1st day of Nov., 2011, and made a part of the records in the above case.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Todd J. Campbell
Chief U. S. District Judge

_____
Augustine A. Omelogu
U.S. Probation Officer

Place   Nashville, TN
Date    October 31, 2011

Report on Offender  
Under Supervision  
RE: Thomas E. Cuff. Docket No. 3:10-00122-01

Page 2

**U.S. Probation Officer Action:**

Mr. Cuff was released from the Bureau of Prisons on December 26, 2008, and commenced supervision. He and his wife, Donna, currently reside at 205 Briston Court, Murfreesboro, TN 37127. Mr. Cuff was steadily employed at Mighty Automotive Parts, Antioch, TN, delivering automobile parts, until December 30, 2009, when he quit the job due back injury. From January 2010 to present, he has been self-employed in automobile windshield repair service, earning a net income of approximately $1700 per month.

Mr. Cuff made restitution payments ranging from $100 to $170 per month. Thus far, he has paid a total of $4,190, and has an outstanding balance of $242,271.42. Mr. Cuff has indicated he would continue to make payments toward restitution through the Clerk of Court until the balance of his restitution is paid. He complied with the other aspects of his supervision. The Financial Litigation Unit at the U. S. Attorney's Office has been notified to continue to track Mr. Cuff's restitution payments.

**RECOMMENDATION:** The probation officer respectfully recommends that the offender's supervision be allowed to terminate on December 25, 2011, as originally scheduled, owing restitution.

Approved by: _____
Kenneth Parham
Supervisory U.S. Probation Officer